# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, G.G. GERDING**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## WILLIAM A. KRUSE
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201400217
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 10 March 2014.
**Military Judge:** Maj N.A. Martz, USMC.
**Convening Authority:** Commanding Officer, 22d Marine Expeditionary Unit, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** LtCol G.W. Riggs, USMC.
**For Appellant:** LCDR Dillon Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, JAGC, USN.

**23 September 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court